No. 85–1090.   HUDNUT, MAYOR OF CITY OF INDIANAPOLIS, INDIANA, ET AL. v. AMERICAN BOOKSELLERS ASSN., INC., ET AL. Affirmed on appeal from C. A. 7th Cir.   THE CHIEF JUSTICE, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 85–979.   SVENDROWSKI v. MISSOURI.   Appeal from Ct. App. Mo., Eastern Dist., dismissed for want of substantial federal question.

No. 85–1080.   SAN DIEGO GAS & ELECTRIC CO. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA.   Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 85–1091.   LEONI ET AL. v. STATE BAR OF CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 85–1232.   STAMOS, INDIVIDUALLY AND AS NEXT FRIEND OF STAMOS, A MINOR, ET AL. v. SPRING BRANCH INDEPENDENT SCHOOL DISTRICT ET AL.   Appeal from Sup. Ct. Tex. dismissed for want of substantial federal question.

No. 85–1035.   CROCKER NATIONAL BANK v. PERDUE.   Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction.

No. 85–1040.   KERNER v. JUDGES OF THE WORCESTER PROBATE COURT ET AL.   Appeal from C. A. 1st Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.